IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN MILLER, BEATRICE WAGGAMAN and BRICE WAGGAMAN, <br><br> Defendants. | CIVIL ACTION <br> NO. 12-3629 |

## ORDER

**AND NOW**, this 20th day of March 2013, upon consideration of Plaintiff State Auto Property And Casualty Insurance Company's Motion for Judgment on the Pleadings (Doc. No. 8), Defendants' Responses (Doc. Nos. 11, 12), the arguments of counsel at the November 1, 2012 hearing, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 8) is **GRANTED**.

2. Judgment is entered in favor of Plaintiff State Auto Property And Casualty Insurance Company and against Defendants Bryan Miller, and Beatrice and Brice Waggaman.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.